**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ASSET INVESTMENT LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-BNC3 | : : : : : | No. 153 WAL 2017<br><br>Petition for Allowance of Appeal from the Order of the Superior Court |
| v. | : : : : | |
| CHARLES E. MCGOWAN, THE UNITED STATES OF AMERICA | : : : : | |
| PETITION OF: CHARLES E. MCGOWAN | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 12th day of October, 2017, the Petition for Allowance of Appeal is **DENIED**.